

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00446-CR

Nicole Diana **JOHNSEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 479494
Honorable John D. Fleming, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's order denying the motion to suppress is AFFIRMED.

SIGNED February 8, 2017.

Karen Angelini, Justice